■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAJKUMARIE SEWPERSAUD, Appellant. [983 NYS2d 899]—Appeal by the defendant from a judgment of the Supreme Court, Nassau County (Ayres, J.), rendered July 24, 2012, convicting her of criminal possession of a forged instrument in the second degree and criminal possession of a forged instrument in the third degree, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's valid waiver of her right to appeal precludes review of her contention that the sentence imposed was excessive (see People v Lopez, 6 NY3d 248, 255 [2006]; People v Sanders, 112 AD3d 748 [2013]; People v Edmunson, 109 AD3d 621 [2013]; cf. People v Nugent, 109 AD3d 625 [2013]). Balkin, J.P., Lott, Roman and Miller, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDUARDO SOSA, Appellant. [983 NYS2d 906]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Hudson, J.), imposed September 22, 2009, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's valid waiver of his right to appeal precludes review of his contention that the sentence imposed was excessive (see People v Hidalgo, 91 NY2d 733, 734 [1998]; People v Seaberg, 74 NY2d 1, 11 [1989]). Eng, P.J., Balkin, Dickerson, Chambers and Hinds-Radix, JJ., concur.